BRIAN J. STRETCH, CSBN 163973
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone: (415) 977-8985
   Facsimile: (415) 744-0134
   E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KIM MICHELE PADILLA, | Civil No. 4:16-cv-04135-KAW |
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 14 days to file her motion for summary judgment. Defendant respectfully requests this additional time because of a very heavy workload, and because of preplanned leave around the Thanksgiving holiday.

Stipulation to Extend Def.'s MSJ

1

The new due date for Defendant's motion for summary judgment will be Friday, December 15, 2017.

Respectfully submitted,

Date: *December 1, 2017*  By: */s/ Lisa Susan Douglass\**
LISA SUSAN DOUGLASS
*\* By email authorization on Dec. 1, 2017*
Attorney for Plaintiff

Date: *December 1, 2017*  BRIAN J. STRETCH
United States Attorney

By: */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED:

DATED: 12/5/17

_____
HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

Stipulation to Extend Def.'s MSJ