1  BRIAN J. STRETCH, CSBN 163973
   United States Attorney
2  DEBORAH LEE STACHEL
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  MICHAEL K. MARRIOTT, CSBN 280890
   Special Assistant United States Attorney
5       160 Spear Street, Suite 800
6       San Francisco, California 94105
        Telephone: (415) 977-8985
7       Facsimile: (415) 744-0134
        E-Mail: Michael.Marriott@ssa.gov
8
9  Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KIM MICHELE PADILLA, | Civil No. 4:16-cv-04135-KAW |
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER FOR A SECOND EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 30 days to file her motion for summary judgment. Defendant has reviewed the contentions in Plaintiff's MSJ and respectfully requests this additional time to consider the possibility to voluntary remand in lieu of further litigation.

Stipulation to Extend Def.'s MSJ

1

The new due date for Defendant's motion for summary judgment will be Monday, January 15, 2018.

Respectfully submitted,

Date: _December 15, 2017_  By: _/s/ Lisa Susan Douglass*_
LISA SUSAN DOUGLASS
* *By email authorization on Dec. 14, 2017*
Attorney for Plaintiff

Date: _December 15, 2017_  BRIAN J. STRETCH
United States Attorney

By: _/s/ Michael K. Marriott_
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED:

DATED: 12/19/17

_____
HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

Stipulation to Extend Def.'s MSJ