1  BRIAN J. STRETCH, CSBN 163973
   United States Attorney
2  DEBORAH LEE STACHEL
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  MICHAEL K. MARRIOTT, CSBN 280890
   Special Assistant United States Attorney
5      160 Spear Street, Suite 800
6      San Francisco, California 94105
       Telephone: (415) 977-8985
7      Facsimile: (415) 744-0134
       E-Mail: Michael.Marriott@ssa.gov
8
9  Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KIM MICHELE PADILLA, | Civil No. 4:16-cv-04135-KAW |
| Plaintiff, | **STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

Stipulation for Voluntary Remand

1

Upon remand to the agency, the Office of Disability Adjudication and Review will remand this case to an Administrative Law Judge (ALJ) with instructions to reassess the medical source opinions, including the opinion of Dr. Norman Banks. The ALJ will take any further action, as warranted, at the remaining steps of the sequential evaluation.

Respectfully submitted,

Date: *January 2, 2018*   By:   */s/ Lisa Susan Douglass\**
                                           LISA SUSAN DOUGLASS
                                           *\* By email authorization on Jan. 2, 2018*
                                           Attorney for Plaintiff

Date: *January 2, 2018*        BRIAN J. STRETCH
                                           United States Attorney

                                     By:   */s/ Michael K. Marriott*
                                           MICHAEL K. MARRIOTT
                                           Special Assistant United States Attorney
                                           Attorneys for Defendant

<u>Of Counsel</u>
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED:

DATED: 1/4/18                                                                
HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

Stipulation to Extend Def.'s MSJ